IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DWAYNE BROWN, | ) | |
|     Petitioner, | ) | Civil Action No. 7:13cv00567 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| UNNAMED, | ) | By:  Norman K. Moon |
|     Respondent. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Brown's 28 U.S.C. § 2254 petition is **DISMISSED without prejudice** and this action shall be **STRICKEN** from the active docket of the court.

Further, finding that Brown has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to petitioner.

**ENTER**: This 9th day of January, 2014.

                                                                                         /s/ Norman K. Moon
                                                                                         NORMAN K. MOON
                                                                                         UNITED STATES DISTRICT JUDGE